## JOSHUA BARNARD *versus* WILLIAM HENRY PUTHUFF

JOURNAL ENTRIES (1820–24): *Journal 3:* (1) Bail bond cancelled *p. 84; (2) appearance, motion for rule to declare *p. 191; (3) continued *p. 255; (4) continued *p. 300; (5) motion to set aside continuance *p. 306; (6) motion to set aside continuance overruled *p. 312; (7) case transferred to issue docket *p. 387; (8) dismissed *p. 391; (9) continued *p. 442; (10) discontinued *p. 475.

PAPERS IN FILE: (1) Precipe for process; (2) capias and return; (3) appearance bond; (4) declaration; (5) plea of non assumpsit; (6) affidavit for continuance; (7) discontinuance.

*Office Docket*, MS p. 132, c. 46. Recorded in *Book B*, MS pp. 349–52.